IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Ronald P. Little<br><br>    Plaintiff,<br><br>v.<br><br>Paul's Body & Paint Shop, Inc., Paul N. Overton, and Wendy Hughes.<br><br>    Defendants. | CIVIL ACTION NO. 2:07cv-531-MHT |

## SUMMONS

THIS SERVICE OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF PLAINTIFFS' ATTORNEYS PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE.

NOTICE TO: Paul's Body & Paint Shop, Inc., c/o Paul N. Overton or Wendy Hughes, 3560 Atlanta Highway, Montgomery, Alabama 36109

NOTICE TO DEFENDANT:

You are hereby summoned and required to serve upon plaintiffs' attorney(s):
Mr. Sterling L. DeRamus, 2015 First Avenue North, Birmingham, Alabama 35203, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 6/18/07

~~SEE NEXT PAGE FOR RETURN~~

Debra P. Hackett, Clerk of the Court
By:
    Deputy Clerk

(SEAL OF COURT)

NOTE: A separate summons must be
    prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, AL 36104

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Ronald P. Little<br><br>    Plaintiff,<br><br>v.<br><br>Paul's Body & Paint Shop, Inc., Paul N. Overton, and Wendy Hughes.<br><br>    Defendants. | CIVIL ACTION NO. 2:07-cv-531-MHT |

## SUMMONS

THIS SERVICE OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF PLAINTIFFS' ATTORNEYS PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE.

NOTICE TO:  Paul N. Overton, 3560 Atlanta Highway, Montgomery, Alabama 36109

NOTICE TO DEFENDANT:

    You are hereby summoned and required to serve upon plaintiffs' attorney(s):
Mr. Sterling L. DeRamus, 2015 First Avenue North, Birmingham, Alabama 35203, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 6/18/07

~~SEE NEXT PAGE FOR RETURN~~

NOTE: A separate summons must be
      prepared for each defendant.

Debra P. Hackett, Clerk of the Court
By:
    Deputy Clerk

(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, AL 36104

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Ronald P. Little<br><br>  Plaintiff,<br><br>v.<br><br>Paul's Body & Paint Shop, Inc., Paul N. Overton, and Wendy Hughes.<br><br>  Defendants. | CIVIL ACTION NO. 2:07-CV-531-MHT |

## SUMMONS

THIS SERVICE OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF PLAINTIFFS' ATTORNEYS PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE.

NOTICE TO:   Wendy Hughes, 3560 Atlanta Highway, Montgomery, Alabama 36109

NOTICE TO DEFENDANT:

You are hereby summoned and required to serve upon plaintiffs' attorney(s): Mr. Sterling L. DeRamus, 2015 First Avenue North, Birmingham, Alabama 35203, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 6/18/07

~~SEE NEXT PAGE FOR RETURN~~

NOTE: A separate summons must be prepared for each defendant.

Debra P. Hackett, Clerk of the Court
By:
  Deputy Clerk

(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, AL 36104