**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Wendy Hughes
    3560 Atlanta Highway
    Montgomery, Alabama 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Renee Adair          ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
Renee Adair

C. Date of Delivery
6/20/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:07CV531
SCC

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 0390 0006 1017 1354

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1035