**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul's Body & Paint Shop, Inc.
   Paul N. Overton or Wendy Hughes
   3560 Atlanta Highway
   Montgomery, Alabama 36109

2. Article Number (Transfer from servi...)   7005 0390 0006 1017 1330

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Renee Adair
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name): Renee Adair

C. Date of Delivery: 6/19/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   2:07cv531 src

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul N. Overton
   3560 Atlanta Highway
   Montgomery, Alabama 36109

2. Article Number
   (Transfer from service label)    7005 0390 0006 1017 1347

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Renee Adair    ☒ Agent
                   ☐ Addressee

B. Received by ( Printed Name)
   Renee Adair

C. Date of Delivery
   6/19/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07CV531
   SLC

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes