IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Ronald P. Little<br><br>    Plaintiff,<br><br>v.<br><br>Paul's Body & Paint Shop, Inc., Paul N. Overton, and Wendy Hughes.<br><br>    Defendants. | CIVIL ACTION NO. 2:07-CV-07-531-MHT |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ronald P. Little, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity:                              Relationship to Party:

_____    _____
_____    _____
_____    _____

_____
STERLING L. DERAMUS
Attorney for Plaintiff

2015 First Ave. North
Birmingham, Alabama 35203
(205) 458-1100
sderamus@bellsouth.net