Debra P. Hackett, Clk
US District Court
Middle District Ala.

Ronald P. Little
  Plaintiff

RECEIVED
2007 JUL -9 P 12: 33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action
NO. 2:07-CV-531-MHT

V.

Paul's Body & Paint Shop. Inc.
Paul N. Overton, and
Wendy Hughes

We dispute all matters which are untrue and we ask and pray that the court will give us more time to comply. We are waiting on Smith and Barney which has our 401K Plan. Wendy Hughes has been out of the country for the past week. I Paul N Overton has been out of the state for the past week. Smith & Barney are collecting information as I write this letter. I spoke with them this morning the 9th day of July about this matter. Thank you for considering this Request and hope and pray you grant it so we can Resolve the matter Quickly

Thanks
Paul N Overton
Paul's Body & Paint Shop Inc.
3560 Atlanta Hwy
Montgomery, Al.
36109
(334) 277-7420

Dated and delivered
the 9th day
of July 2007

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

### CERTIFICATE OF SERVICE

I, _Paul N Ouston_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _9th_ day of _July_ 20_07_ to:

Sterling L Deramus
2015 First ave North
Birmingham, Al 35203
205 458 1100

_7-9-07_
Date

_Paul N Ouston_
Signature