IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD P. LITTLE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    NO.: 2:07-CV-531-MHT |
| | ) |
| PAUL'S BODY & PAINT SHOP, INC., | ) |
| PAUL N. OVERTON, and WENDY HUGHES, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned and hereby enters his name as additional counsel for Plaintiff, in the above styled cause.

Dated this 12th day of July, 2007.

                                              /s/Gerald L. Miller
                                              GERALD L. MILLER (MIL039)
                                              Attorney for Plaintiff
                                              Ronald P. Little

**OF COUNSEL**:
**REDDEN, MILLS & CLARK, LLP**
940 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 322-0457 - office

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Paul Overton
    Paul's Body & Paint Shop, Inc.
    3560 Atlanta Highway
    Montgomery, Alabama 36109

                                              /s/Gerald L. Miller
                                              Of Counsel