IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD P. LITTLE, | ) |
|     Plaintiff, | ) |
| v. | )    NO.: 2:07-CV-531-MHT |
| PAUL'S BODY & PAINT SHOP, INC., PAUL N. OVERTON, and WENDY HUGHES, | ) |
|     Defendants. | ) |

**REPORT OF PARTIES PLANNING MEETING**

    1.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on July 30, 2007; Participants were Gerald Miller for the Plaintiff and Stacy Reed for the Defendants.

    2.    Pre-discovery Disclosures. The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within twenty-one (21) days of the court*s Scheduling Conference Order.

    3.    Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    a.    All discovery will be commenced in time to be completed by January 24, 2008.

    b.    A maximum of 60 interrogatories and requests for production of documents (including subparts) may be served by each party. Responses will be due 30 days after service.

    c.    A maximum of 20 requests for admission, other than requests for admissions used to authenticate documents, may be served by each party. Responses will be

due 30 days after service.

      d.    A maximum of 6 depositions may be taken by Plaintiff and 6 by Defendants, excluding any experts.

      e.    Subjects of Discovery: the claims and defenses of the parties.

      f.    Each deposition will be limited to eight hours for parties and four hours for non-parties.

      g.    Reports from retained experts under Rule 26(a)(2) are due by Plaintiff on October 9, 2007 and by the Defendants on November 7, 2007.

Supplementations under Rule 26(e) will be due 30 days prior to the discovery cutoff

4.    Other Items.

      a.    The parties do not request a conference with the Court before entry of the scheduling order.

      b.    The parties cannot realistically evaluate settlement of this matter until pre-discovery disclosures are exchanged.

      c.    The parties wish this case to be considered for mediation when Magistrate Judge Mediation resumes October 1, 2007.

      d.    The parties must file all dispositive motions by December 3, 2007.

      e.    The parties request a pretrial conference on March 3, 2008.

      f.    Plaintiff should be allowed until November 5,2007 to join additional parties and to amend the pleadings and Defendants should be allowed until December 5, 2007.

      g.    Final lists of witnesses and exhibits under Rule 26(a)(3) will be due

from Plaintiff and Defendant on February 25, 2008.

  h. The parties will have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  i. The case should be ready for trial by March 31, 2008 and at this time the trial is expected to take approximately one day.


Dated: July 31, 2007


             /s/ Gerald L. Miller
             Gerald L. Miller (mi1039)
             Attorney for the Plaintiff
             (e-mail address: GLM@RMClaw.com)


OF COUNSEL:
Gerald L. Miller, Esq.
REDDEN, MILLS, & CLARK
940 Financial Center
505 North 20th Street
Birmingham, AL 35203
(205)322-0457


             /s/Stacy Lott Reed
             Stacy Lott Reed
             Law Office of Stacy Reed
             441 High Street, Suite 105 (36104)
             Post Office Box 1223
             Montgomery, AL 36102-1223
             (334)265-5001
             e-mail address: siratticus@aol.com