## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| Ronald P. Little<br><br>    Plaintiff,<br><br>v.<br><br>Paul's Body & Paint Shop, Inc.,<br>Paul N. Overton, and Wendy Hughes.<br><br>    Defendants. | CIVIL ACTION NO. 2:07-CV-07-531-MHT |

### NOTICE OF UNDERSIGNED ATTORNEY'S UNAVAILABILITY
### DUE TO MILITARY ACTIVATION

COMES NOW the Plaintiffs' counsel, Sterling L. DeRamus and hereby notifies the Court and opposing parties/counsel of his pending military activation effective August 3rd, 2007.  Plaintiff's counsel avers that he has been ordered returned to active military duty on August 3rd, 2007 for a period of 365 days (at least through March, 2008).

Co-counsel has full authority to fully prosecute this matter during the period of undersigned's mobilization.  Should undersigned counsel return prior to the termination of this case, he will jump right back into it.

Counsel also avers that he has 27.6 hours in this case effective July 30, 2007.

Respectfully submitted this   31st   day of July, 2007.

_____
STERLING L. DERAMUS
Attorney for Plaintiff

2015 First Ave. North
Birmingham, Alabama 35203
(205) 458-1100

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  (none)    , and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Paul's Body & Paint Shop, Inc.
c/o Paul N. Overton or Wendy Hughes
3560 Atlanta Highway
Montgomery, Alabama 36109

Paul N. Overton
Paul's Body & Paint Shop, Inc.
3560 Atlanta Highway
Montgomery, Alabama 36109

Wendy Hughes
Paul's Body & Paint Shop, Inc.
3560 Atlanta Highway
Montgomery, Alabama 36109

_____
Attorney for Plaintiff