IN THE DISTRICT COUR OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD P. LITTLE | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action # 2:07cv531-MHT |
| Paul Overton, et al. | § § § | |
| Defendants. | § | |

## **NOTICE OF APPEARANCE**

Comes now, Stacy Reed, Attorney at Law, and files this her notice of appearance on behalf of Defendants Paul Overton, Paul's Body and Paint Shop, Inc., and Wendy Hughes in the above-referenced matter.

Respectfully submitted this the 21st day of August, 2007.

s/Stacy Lott Reed (REE050)
Attorney for Defendants

Law Office of Stacy Reed
441 High Street, Suite 105  (36104)
P.O. Box 1223
Montgomery, AL  36102-1223
Telephone:  (334)265-5001
Facsimile:  (334)834-6113
ASB#3470-D63S
E-Mail:  SirAtticus@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of August, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF System which will send notice to the following:

| | |
|---|---|
| Sterling Deramus, Esq. | Mr. Gerald Lee Miller, Esq. |
| 2015 First Ave. North | 940 Financial Center |
| Birmingham, AL  35203 | 505 20th St. North |
| | Birmingham, AL  35203 |

                                          s/Stacy Lott Reed(REE050)
                                          Attorney for Former Husband.

Law Office of Stacy Reed
441 High Street, Suite 105  (36104)
P.O. Box 1223
Montgomery, AL  36102-1223
Telephone:  (334)265-5001
Facsimile:  (334)834-6113
ASB#3470-D63S
E-Mail:  SirAtticus@aol.com