IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD P. LITTLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 2:07cv531-MHT |
| | § | |
| Paul's Body & Paint Shop, Inc., et al. | § | |
| | § | |
| Defendants. | § | |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW Paul Overton. a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ✓ This party is an individual, or
- o This party is a governmental entity, or
- o There are no entities to be reported, or
- o The following entities and their relationship to the party are hereby reported:

Reportable Entity                                   Relationship to Party
_____                             _____
_____                             _____
_____                             _____
_____                             _____


                                                    s/Stacy Lott Reed
                                                    Attorney for Defendant

OF COUNSEL:
Law Office of Stacy Reed
441 High Street, Suite 105
P.O. Box 1223
Montgomery, AL  36102-1223
Telephone:  (334)265-5001
Facsimile:  (334)834-6113
E-Mail:  SirAtticus@aol.com
ASB # 3470 D63S

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document upon the below-listed individuals via the E-File system.  For those individuals not available for service via E-Filing, I certify I have served a true and correct copy of the document upon them at the below-listed addresses via US Mail, postage prepaid and properly addressed on this the ____ day of _____, 2007.

Gerald L. Miller, Esq.
Reddens, Mills & Clark, LLP
940 Financial Center
505 20th Street North
Birmingham, AL  35203

                 s/Stacy Lott Reed