IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD P. LITTLE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07CV531-MHT |
| | ) |
| PAUL'S BODY & PAINT SHOP, INC., | ) |
| *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon consideration of the plaintiff's motion to compel discovery (doc. # 22), it is

ORDERED that this matter be and is hereby set for oral argument on February 6, 2008, at 1:30 p.m. This proceeding shall be conducted by telephone conference. The plaintiff shall set up the telephone conference.

It is further

ORDERED that the parties shall meet and confer in person on or before February 5, 2008, in an attempt to resolve in good faith this discovery dispute.

Done this 30th day of January, 2008.

                                                  /s/Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE