IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RONALD P. LITTLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv531-MHT |
| ) | |
| **PAUL'S BODY & PAINT SHOP,** ) | |
| **INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion to continue pretrial (Doc. No. 22) and motion to continue trial (Doc. No. 22) are denied.

DONE, this the 31st day of January, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**