IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD P. LITTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv531-MHT |
| ) | |
| PAUL'S BODY & PAINT ) | |
| SHOP, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now pending before the court is the plaintiff's motion to compel (doc. # 22) filed on January 30, 2008. On February 5, 2008, the parties notified the court that they had resolved their discovery dispute. Accordingly, it is

ORDERED that the plaintiff's motion to compel (doc. # 22) be and is hereby DENIED as moot. It is further

ORDERED that oral argument presently set by telephone conference on February 6, 2008 at 1:30 p.m. be and is hereby CANCELED.

Done this 6th day of February, 2008.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE