IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD P. LITTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv531-MHT |
| ) | |
| PAUL'S BODY & PAINT SHOP, INC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For good cause, itt is hereby

ORDERED that the mediation conference presently set for **March 12, 2008, at 10:00 a.m. be and is hereby RESET to March 19, 2008, at 10:00 a.m.** in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.   It is further

ORDERED that confidential mediation statements be and hereby due by close of business on **March 17, 2008**.  The statement should not be filed with the clerk's office and should not be served on the other parties.  The parties may transmit the statement to chambers by facsimile at **(334) 954-3709.**  The statement is solely for the court's use in preparing for the mediation conference.

Done this 29th day of February, 2008.

                                                        /s/Charles S. Coody
                                                     CHARLES S. COODY
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE