IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD P. LITTLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:07CV531-MHT |
| | ) |
| PAUL'S BODY & PAINT SHOP, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On March 19, 2008, the court held a mediation conference in this case. At the conclusion of the conference the parties announced to the court that they had reached an amicable settlement of all issues. Accordingly, it is

ORDERED that on or before April 2, 2008, the parties shall file a joint stipulation for dismissal.

Done this 19th day of March, 2008.

                                           /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE