IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD P. LITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 2:07-CV-531-MHT |
| | ) | |
| PAUL'S BODY & PAINT SHOP, INC., | ) | |
| PAUL N. OVERTON, and WENDY HUGHES, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

Come now the Plaintiff and Defendants and stipulate that this action be dismissed with prejudice, with costs taxed as paid.

   /s/Gerald L. Miller
GERALD L. MILLER (MIL039)
Attorney for Plaintiff
Ronald P. Little

**OF COUNSEL**:
**REDDEN, MILLS & CLARK, LLP**
940 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 322-0457 - office

   /s/Stacy Lott Reed
STACY LOTT REED
Attorney for Defendants
Law Office of Stacy Reed
441 High Street, Suite 105 (36104)
Post Office Box 1223
Montgomery, AL 36102-1223
(334)265-5001